**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **GILBERTO BAEZ-MENDEZ;** **BIENVENIDO BERBERANA-** **NAVARRO;** **JUAN C. CACERES-JIMENEZ;** **VICTOR AUGUSTO LOPEZ-** **JIMENEZ;** **DANIEL LOPEZ-LORENZO;** **ARMANDO MALDONADO-SOTO;** **RAUL MARTINEZ-PEREZ;** **LUIS PABON-BOSQUES;** **YVONNE RAMIREZ;** **JORGE L. RIVERA-GONZALEZ;** **DAVID RIVERA-ROBLES;** **JUAN RODRIGUEZ-ROMAN;** **CARLOS A. ROJAS-ROSARIO;** **ELVIN ROSADO-MORALES;** **RAFAEL TORRES-RAMOS** PLAINTIFFS VS. **COMMONWEALTH OF PUERTO** **RICO;** **JUNTA DE RETIRO DE** **GOBIERNO DE PUERTO RICO;** **ARNALDO J. ORTIZ-MIRANDA,** **in his official capacity as Executive** **Director of the Junta de Retiro de** **Gobierno de Puerto Rico;** **COMPANY ABC;** **INSURANCE COMPANY XYZ;** **JOHN & JANE DOE** DEFENDANTS | CIVIL NO. *INJUNCTION;* DECLARATORY JUDGMENT; VIOLATION OF CIVIL AND CONSTITUTIONAL RIGHTS PURSUANT TO SECTION 1983 & EQUAL PROTECTION; BREACH OF CONTRACT; UNJUST ENRICHMENT; TORTS TRIAL BY JURY DEMANDED |



UNSWORN DECLARATION UNDER PENALTY OF PERJURY

1. My name is Raul Martinez-Perez. I am of legal age, married, domiciled and resident of Bayamon, Puerto Rico.

2. I am one of the Plaintiffs in the case at bar.

3. I was a full-time Police Officer for the Puerto Rico Police Department ("PRPD") until my retirement on December 31st, 2020.

4. Based on Law 40-2020, as amended, which was titled the "Ley del Fideicomiso para el Retiro de la Policía", all Police Officers that meet eligibility requirements are those that have retired after reaching fifty-five (55) years of age and/or completed thirty (30) years of service.

5. This Law states that the pension benefits of the Police Officers would be calculated based on average salary of last 3 years and said payments aim to bring retirees close to fifty percent (50%) of their salary.

6. I personally retired after reaching fifty-five (55) years of age and I also completed over thirty-four (34) years of service.

7. At the time of my retirement, I received a monthly salary of approximately four thousand seven hundred eighty-three dollars ($4,783.00).

8. Therefore, because I am a Police Officer eligible to receive close to fifty percent (50%) of my salary, based on his vested rights and benefits, I am entitled to receive two thousand three hundred ninety-one dollars ($2,391.50) monthly as a pension payment.

9. During my life I also was part of the United States Navy for approximately twenty-five years (25) years.



10. My income from the United States Navy was used to pay social security.

11. At this time, I am estimated to receive approximately six hundred eighty-eight dollars per month as part of my social security benefits.

12. On October of 2025, the Junta de Retiro de Gobierno de Puerto Rico ("JRG") issued a regulation titled "Reglamento del Fideicomiso para el Retiro de la Policía" ("Trust Regulation") pursuant to Law 40-2020.

13. The Trust Regulation states that it was designed to benefit the Eligible Retired Police Officers to aim to bring retirees closer to fifty percent (50%) of average benefit pension compensation.

14. The Trust Regulation states that the Calculation of the Pension Benefits would be an average compensation: based on last 3 years of salary, with annual increases capped at 10% year-over-year.

15. The Trust Regulation states that the Benefit Goal is to make Payments aimed at bringing retirees to fifty percent (50%) of their average compensation.

16. However, the Trust Regulation states that it will consider both the Pension Benefits along with other retirement income sources such as Social Security.

17. The Trust Regulation states that the Social Security benefits will be used to offset the pension benefits to the retired Police Officers.

18. Based on the Trust Regulation, even though I am entitled to receive two thousand three hundred ninety-one dollars ($2,391.50) monthly as a pension payment, the same will be reduced to one thousand seven hundred three dollars with fifty cents ($1,703.50) because the JRG will be offsetting the monthly pension payment with my social security benefit of six hundred eighty-eight dollars ($688.00).

19. In April of 2026, I will receive a form from the JRG in which it will be requesting information about my social security benefits.

20. With this information in hand, the JRG is going to reduce my monthly pension payment of two thousand three hundred ninety-one dollars ($2,391.50) to one thousand seven hundred three dollars with fifty cents ($1,703.50).

21. This offset to my monthly pension payment will be applied around June of 2026.

22. This Trust Regulation violates my vested rights and benefits payable to me, which is to receive the complete 50% average salary as part of the retired Police Officer's pensions, as established under the laws and regulations.

23. The Defendants are unilaterally and unreasonably impairing their obligations towards me and the other Plaintiffs' pensions, by seeking to pay less than the complete 50% average salary as established under the laws and regulations.

24. Based on the before mentioned, 1) the Defendants are violating the Contracts Clause of the U.S. Constitution and P.R. Constitution by impacting the vested rights and benefits payable to me and the other Plaintiffs, which is to receive the complete 50% average salary as part of the retired Police Officer's pensions, as established under the laws and regulations, 2) the Defendants are violating the Equal Protection Clauses of the U.S. Constitution and P.R. Constitution by treating the Plaintiffs differently by allowing the reduction of the retired Police Officer's pensions by offsetting the same by using the Social Security benefits in comparison to other retired Police Officers who are not receiving Social Security benefits, 3) the Defendants breached their contractual obligations to the Plaintiffs by not honoring and paying the complete 50% average salary as part of the retired Police Officer's pensions, as established under other laws and regulations, 4) the Defendants are unjustly enriching themselves by not honoring and paying the complete 50% average salary as part of the retired Police Officer's pensions, as established under other laws and regulations, and 5) the Defendants are liable for all the possible and future damages that will be suffered by the Plaintiffs.

25. I, along with the other Plaintiffs, requests the provisional remedy of a preliminary *injunction* against the Defendants and order the Defendants to cease collecting

information of the social security benefits and to be prohibited from offsetting and reducing the monthly pension payments by using the social security benefits.

26. I, along with the other Plaintiffs, will suffer irreparable injury due to the future violation of our civil and constitutional rights when we will be subjected to said arbitrary actions by the Defendants which will impact our vested rights and benefits under other laws and regulations, that is, our pensions.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. sec. 1746.

Dated at San Juan, PR, this 1st day of April, 2026.

_____
RAUL MARTINEZ-PEREZ